IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIDGEPORT MUSIC, INC., ET AL. ) | |
| ) | |
| v. ) | No. 3:05-0155 |
| ) | JUDGE CAMPBELL |
| ) | |
| JUSTIN COMBS PUBLISHING, et al. ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge entered October 20, 2005 (Docket No. 77) and Third-Party Plaintiff Bad Boy Entertainment, Inc.'s Rule 72 Objections to the Magistrate Judge's Report and Recommendation Entered October 20, 2005 (Docket No. 98). The Court has reviewed the Magistrate Judge's findings, the objections and the record. 28 U.S.C. §636(b)(1)(B).

The Plaintiff's objections are OVERRULED, and the Report and Recommendation (Docket No. 77) is ADOPTED and APPROVED.

Accordingly, Third-Party Defendant, Osten S. Harvey, Jr.'s Motion to Dismiss for the Lack of Personal Jurisdiction or, in the Alternative, to Transfer on the Grounds of Forum Nonconveniens (Docket No. 47) is GRANTED and Defendant/Third-Party Plaintiff Bad Boy Entertainment, Inc., Doing Business as Bad Boy Records' First Amended Third-Party Complaint (Docket No. 44) against Defendant Harvey is DISMISSED without prejudice for failure to establish personal jurisdiction.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE