IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGEPORT MUSIC, INC.       )
                                      )
v.                                )        No. 3:05-0155
                                      )        JUDGE CAMPBELL
ESTATE OF CHRISTOPHER WALLACE  )
a/k/a NOTORIOUS B.I.G. ON BEHALF  )
OF BIG POPPA MUSIC, ET AL.      )

ORDER

      Pending before the Court is a Report and Recommendation of the Magistrate Judge entered January 24, 2006 (Docket No. 169), Plaintiff Westbound Music, Inc.'s Objections to Report and Recommendation Regarding Defendants' Motion for Summary Judgment (Docket No. 171), and Defendant UMG Recordings, Inc.'s Rule 72 Objections to the Magistrate Judge's Report and Recommendation Entered January 24, 2006 (Docket Entry No. 169) (Docket No. 172).  The Court has reviewed the Magistrate Judge's findings, the objections and the record.  28 U.S.C. §636(b)(1)(B).

      Plaintiff's objections (Docket No. 171) and Defendant UMG Recordings, Inc.'s objections (Docket No. 172) are OVERRULED, and the Report and Recommendation (Docket No. 169) is ADOPTED and APPROVED.

      Accordingly, Defendants' Motion for Summary Judgment Against Plaintiff Westbound Records, Inc. (Docket No. 50) is GRANTED in part and DENIED in part, and Counts One, Four, Seven and Eight of Plaintiffs' Third Amended Complaint (Docket No. 30) are DISMISSED.

Defendant UMG Recordings, Inc.'s Second Motion for Summary Judgment (Docket No. 106) is

DENIED.

The Pretrial Conference of this matter scheduled for February 27, 2006 at 9:00a.m. and

the Trial of this matter scheduled for March 7, 2006 at 9:00 a.m. remain set.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE