IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIDGEPORT MUSIC, INC., et al. | ) |
| | ) |
| v. | ) NO. 3:05-0155 |
| | ) JUDGE CAMPBELL |
| JUSTIN COMBS PUBLISHING, INC., | ) |
| et al. | ) |

ORDER

This matter comes before the Court on remand from the Sixth Circuit Court of Appeals. The Court heard argument on April 3, 2009, concerning entry of final judgment herein, in light of the ruling of the appellate court.

Plaintiff Bridgeport Music, Inc. was awarded statutory damages in the amount of $150,000. Plaintiff claims that post-judgment interest at 5.02% applies from the date of the judgment, which was September 21, 2006. Defendants do not contest the amount, the interest rate or the date interest begins to run.

Accordingly, final judgment is entered herein for Plaintiff Bridgeport Music, Inc. in the amount of $150,000 in statutory damages, plus interest at 5.02% (which amounts to $20.6301 per diem) from September 21, 2006, until the judgment is paid.

The issues of taxable costs and attorneys' fees, and any interest thereon, are reserved pending entry of this final judgment, any appeal, and then further briefing by the parties.

This Order shall constitute the final judgment in this case as to Plaintiff Bridgeport Music, Inc. and Defendants, pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE